# S. F. BOWSER & COMPANY v. F. J. KOTSMITH.[1]

May 24, 1912.

Nos. 17,501—(92).

**Vacating judgment.**

An order vacating an order for judgment, and reinstating the cause for trial upon the issues made by the pleadings, was within the discretion of the court, and no abuse of discretion appeared. [Reporter.]

[1]Reported in 136 N. W. 1135.

Appeal by plaintiff from an order of the district court for Benton county, Nye, J., vacating and setting aside the judgment theretofore ordered, upon defendant's default, and reinstating the cause upon the calendar for trial. Affirmed.

*James E. Jenks*, for appellant.

*J. D. Sullivan*, for respondent.

PER CURIAM.

Appeal from an order vacating an order for judgment and reinstating the cause for trial upon the issues made by the pleadings. An examination of the record presents no sufficient reasons for a reversal. The order appealed from was within the discretion of the trial court, and we are unable to say that the discretion was abused.

Order affirmed.